☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | _____ | Street _____ / City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ / City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ / City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ / City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | _____ | Street _____ / City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | Street _____ / City _____ State _____ ZIP Code _____ | _____ | ☐ D ☐ E/F ☐ G |

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name __ALL PHASE CARE, INC.__

United States Bankruptcy Court for the: __NORTHERN__ District of __CA__
(State)

Case number (If known): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration __Official Form 202 and Disclosure of Compensation of Attorney for Debton__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 21, 2017__    ✗ _/s/ Edith G. Calanno_
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

__Edith G. Calanno__
Printed name

__President and Member of Board of Directors__
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name  ALL PHASE CARE, INC.

United States Bankruptcy Court for the: NORTHERN   District of CA
                                                            (State)

Case number (If known): _____

☐ Check if this is an
  amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/17 to | Filing date | ☒ Operating a business<br>☐ Other _____ | $_____ |
| For prior year: | From 1/1/16 to | 12/31/16 | ☒ Operating a business<br>☐ Other _____ | $_____ |
| For the year before that: | From 1/1/15 to | 12/31/15 | ☒ Operating a business<br>☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ to | Filing date | _____ | $_____ |
| For prior year: | From _____ to | _____ | _____ | $_____ |
| For the year before that: | From _____ to | _____ | _____ | $_____ |

Debtor ALL PHASE CARE, INC.  Case number (If known) _____
     Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Creditor's name<br>Street<br>City  State  ZIP Code | ___ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br>Street<br>City  State  ZIP Code | ___ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br>Street<br>City  State  ZIP Code<br>**Relationship to debtor** | ___ | $_____ | _____ |
| 4.2. | Insider's name<br>Street<br>City  State  ZIP Code<br>**Relationship to debtor** | ___ | $_____ | _____ |

Debtor    ALL PHASE CARE, INC.                    Case number (if known)_____
         Name

## Part 2 (continued)

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name / Street / City State ZIP Code | | | $_____ |
| 5.2. | Creditor's name / Street / City State ZIP Code | | | $_____ |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

❏ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name / Street / City State ZIP Code | Last 4 digits of account number: XXXX– ___ ___ ___ ___ | | $_____ |

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

❏ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Trinidad Amparo v. All Phase Care, Inc.<br>Case number State No. 12-96207 FD<br>16CV299870 court number<br>Superior Court Santa Clara Co. | Wages | Labor Commissioner,<br>Name<br>100 Paseo de San Antonio #120<br>Street<br>San Jose, CA 95113<br>City State ZIP Code | ❏ Pending<br>❏ On appeal<br>❏ Concluded |
| 7.2. | Nelia Grayblas v. All Phase Care, Inc.<br>Case number<br>state Case 12-96615 | | Labor Commissioner<br>Name<br>100 Paseo de San Antonio #120<br>Street<br>San Jose, CA 95113<br>City State ZIP Code | ❏ Pending<br>❏ On appeal<br>❏ Concluded |

Debtor   All Phase Care, Inc.                                    Case number (if known)_____
         Name

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $_____ |
| Street | Case title | Court name and address |
| City   State   ZIP Code | Case number | Name |
| | | Street |
| | Date of order or assignment | City   State   ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5: Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

Debtor  ALL PHASE CARE, INC.  Case number (if known) _____
         Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

**11.1.**

Who was paid or who received the transfer?
Frank E. Mayo

Address
4962 El Camino Real, 104
Street
Los Altos, CA 94022
City          State    ZIP Code

Email or website address
fmayolaw@aol.com

Who made the payment, if not debtor?
the Debtor

If not money, describe any property transferred

Dates
6/14/17

Total amount or value
5,000.00
$_____

**11.2.**

Who was paid or who received the transfer?
Nelia Grayblas
c/o Nina Shah, Esq.
Address
Golden Gate University ~~School of Law~~
Street 536 Mission St.
San Francisco, CA 94105
City          State    ZIP Code

Email or website address
www.ggu.edu/law/werc

Who made the payment, if not debtor?
debtor

If not money, describe any property transferred

Dates
01/2017

Total amount or value
25,000.00
$_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

Name of trust or device

Trustee

Describe any property transferred

Dates transfers were made

Total amount or value
$_____

Debtor  ALL PHASE CARE, INC.                                    Case number (if known) _____
        Name

## Part 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

13.1. _____                    _____        _____   $_____

Address
_____
Street

_____
City            State    ZIP Code

Relationship to debtor
_____


Who received transfer?
                                                _____                              $_____
13.2. _____
                                                _____        _____

Address
_____
Street

_____
City            State    ZIP Code

Relationship to debtor
_____

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

Address                                                         Dates of occupancy

14.1. _____                                    From _____  To _____
      Street

      _____
      City            State    ZIP Code

14.2. _____                                    From _____  To _____
      Street

      _____
      City            State    ZIP Code

Debtor ALL PHASE CARE, INC.  Case number (if known) _____
       Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. _____ | _____ How are records kept? Check all that apply: ☐ Electronically ☐ Paper |
| _____ Street | | |
| _____ City  State  ZIP Code | | |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ Facility name | _____ Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. _____ | _____ How are records kept? Check all that apply: ☐ Electronically ☐ Paper |
| _____ Street | | |
| _____ City  State  ZIP Code | | |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained. address and telephone numbers

   Does the debtor have a privacy policy about that information?
   ☒ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:
      Name of plan                                              Employer identification number of the plan
      _____                                         EIN: __ __ - __ __ __ __ __ __ __
      Has the plan been terminated?
      ☐ No
      ☐ Yes

Debtor  ALL PHASE CARE, INC.  Case number (if known) _____

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | XXXX-__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | XXXX-__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>City  State  ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

Debtor    ALL PHASE CARE, INC.                                    Case number (if known)_____
         Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | $_____ |
| Street | | | |
| City  State  ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:
- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ☐ Pending |
| | Street | | ☐ On appeal |
| | City  State  ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

Debtor  ALL PHASE CARE, INC.    Case number (if known) _____
        Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
    ☒ No
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City  State  ZIP Code | City  State  ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.
    ☒ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City  State  ZIP Code | _____ | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.2. | Name<br>Street<br>City  State  ZIP Code | _____ | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.3. | Name<br>Street<br>City  State  ZIP Code | _____ | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |

Debtor  ALL PHASE CARE, INC.        Case number (if known) _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

26a.1.
Name and address
CPA
Jeff Welsch, Accountable Financial Service
2025 Gateway Place #365
San Jose, CA 95110

Dates of service
From 2012  To 2017 present

26a.2.
Name and address
Paychex
1111 Bayhill Drive Suite 350
San Bruno, CA 94066

Dates of service
From 2012  To present

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26b.1.
Name and address
From _____ To _____

26b.2.
Name and address
From _____ To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

26c.1.
Name and address
Jocelyn Dinglasa
505 W. Olive Ave. #420,
Sunnyvale, CA 94086

If any books of account and records are unavailable, explain why

Debtor     ALL PHASE CARE, INC.                         Case number (if known)_____
           Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name _____ | _____ |
| | Street _____ | _____ |
| | _____ | _____ |
| | City          State    ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.1.
Name _____
Street _____
_____
City          State    ZIP Code

**Name and address**

26d.2.
Name _____
Street _____
_____
City          State    ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?
☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.1.
Name _____
Street _____
_____
City          State    ZIP Code

Debtor ALL PHASE CARE, INC.  
Name

Case number (If known)_____

**Name of the person who supervised the taking of the inventory**  
_____

**Date of inventory** _____

**The dollar amount and basis (cost, market, or other basis) of each inventory**  
$ _____

**Name and address of the person who has possession of inventory records**

27.2.  
Name _____  
Street _____  
_____  
City _____ State _____ ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Edith Calanno | 871 Lakeheaven Dr. Sunnyvale, CA 94089 | President | 100 |
| Patrick Quyo | 871 Lakeheaven Dr. Sunnyvale, CA 94089 | Secretary | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?  
☒ No  
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?  
☐ No  
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Edith Calanno  
Name  
871 Lakeheaven Dr.  
Street  
Sunnyvale, CA 94089  
City State ZIP Code  
Relationship to debtor  
President | $5000 monthly ~~salary~~ | | salary |

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page **13**

Debtor   ALL PHASE CARE, INC.
         Name                                    Case number (if known)

---

**Name and address of recipient**

30.2 _____
     Name

     _____
     Street

     _____

     _____
     City            State    ZIP Code

     **Relationship to debtor**
     _____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
☒ No
☐ Yes. Identify below.

   Name of the parent corporation                Employer Identification number of the parent corporation

   _____               EIN: __ __ - __ __ __ __ __ __ __

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
☒ No
☐ Yes. Identify below.

   Name of the pension fund                     Employer Identification number of the pension fund

   _____               EIN: __ __ - __ __ __ __ __ __ __

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/21/2017
             MM / DD / YYYY

✗ /s/ Edith G. Calanno                         Printed name  Edith G. Calanno
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

__NORTHERN__ District Of __CALIFORNIA__

**In re**

ALL PHASE CARE, INC.          Case No. _____

**Debtor**                    Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................. $ __7,500.00__

    Prior to the filing of this statement I have received ..................... $ __5,000.00__

    Balance Due ................................................................. $ __2,500.00__

2. The source of the compensation paid to me was:

    ☒ Debtor           ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☒ Debtor           ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

6/21/17
Date

*[Signature]*
Signature of Attorney

LAW OFFICE OF FRANK E. MAYO
Name of law firm

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:  Case No.:

ALL PHASE CARE, INC.

_____Debtor(s)_____/

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of _1___ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor=s filing and that this matrix conforms with the Clerk=s promulgated requirements.

DATED: June 21, 2017

_____
Signature of Debtor=s Attorney or Pro Per Debtor

Trinidad Amparo
c/o Fred Schwinn, Esq.
12 South First St., #1014
San Jose, CA 95113


Nelia Grayblas
c/o Nina Shah, Esq.
Golden Gate University School of Law
536 Mission Street
San Francisco, CA 94105