ORIGINAL

Fill in this information to identify the case:

Debtor name __ALL PHASE CARE, INC.__

United States Bankruptcy Court for the: __NORTHERN__ District of __CA__ (State)

Case number (If known): _____

FILED
JUN 2 2 2017
United States Bankruptcy Court
San Jose, California

**17-51508**

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Nelia Grayblas c/o Hina Shah, Esq Golden Gate University 536 Mission St., SF, CA 94105 | 415/442-6647 | Wages | | No | 0 | 25,000. |
| 2 | Trinidad Amparo c/o Fred Schwinn Esq. Consumer Law Center 12 S. First St. #1014 San Jose, CA 95113 | 408/294-6100 | Wages | | No | 00 | 132,858.29 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1