# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−5 | User: ywon | | Date Created: 6/23/2017 |
| Case: 17−51508 | Form ID: 309F | | Total: 10 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | All Phase Care, Inc. | 505 W. Olive Ave. #420 | Sunnyvale, CA 94089 | |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg. | 280 S 1st St. #268 | San Jose, CA 95113−3004 |
| aty | Frank E. Mayo | Law Offices of Frank E. Mayo | 480 San Antonio Rd. #230 | Mountain View, CA 94040 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| 14584547 | Nelia Grayblas | c/o Nina Shah, Esq. | Golden Gate University School of Law | 536 Mission Street   San Francisco, CA 94105 |
| 14584546 | Trinidad Amparo | c/o Fred Schwinn, Esq. | 12 South First St., #1014 | San Jose, CA 95113 |

TOTAL: 10