Form SJAD11C

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: All Phase Care, Inc. | Case No.: 17–51508 MEH 11 |
| dba Home Maker Services, Inc. Debtor(s) | Chapter: 11 |

**ORDER FOR NON–INDIVIDUAL DEBTOR(S) IN CHAPTER 11 CASE TO FILE REQUIRED DOCUMENTS AND NOTICE OF AUTOMATIC DISMISSAL OF CASE IN EVENT OF FAILURE TO COMPLY**

The debtor(s) named above failed to file the documents listed below when the case was commenced:

☐ Declaration Under Penalty of Perjury for Non–Individual Debtors
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
☐ Summary of Assets and Liabilities for Non–Individuals
☐ Schedule A/B: Real and Personal Property
☐ Schedule D: Creditors Who Have Claims Secured by Property
☐ Schedule E/F: Creditors Who Have Unsecured Claims
☐ Schedule G: Executory Contracts and Unexpired Leases (if applicable)
☐ Schedule H: Codebtors
☐ Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy
☒ Corporate Ownership Statement pursuant to Fed. R. Bankr. P. 1007(a)(1)
☒ List of Equity Security Holders pursuant to Fed. R. Bankr. P. 1007(a)(3)

   IT IS HEREBY ORDERED that unless, within 14 days of the petition date, the debtor(s) file each document listed above, the court may dismiss this case without further notice or a hearing. 11 U.S.C. § 521(a), Fed. R. Bankr. P. 1007(b)(1), (c).

   The debtor(s) may request an extension of time to file the documents noted above, but must do so before 14 days from the petition date or the expiration of any extension previously granted. The request may be filed electronically, mailed, or delivered in person to the U.S. Bankruptcy Court, 280 S. First Street, Room 3035, San Jose, California 95113, but it must be received by the court before the 14 days or any extension previously granted have expired. If an extension is granted and the documents are not filed, the case may be dismissed.

Dated: 6/23/17

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge