# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: ywon | Date Created: 6/23/2017 |
| Case: 17−51508 | Form ID: SJAD11C | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SJ      USTPRegion17.SJ.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      All Phase Care, Inc.      505 W. Olive Ave. #420      Sunnyvale, CA 94089
aty      Frank E. Mayo      Law Offices of Frank E. Mayo      480 San Antonio Rd. #230      Mountain View, CA 94040

TOTAL: 2