```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                              Case No. 17-51508-MEH
All Phase Care, Inc.                                                Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-5          User: ywon              Page 1 of 1           Date Rcvd: Jun 23, 2017
                              Form ID: 309F           Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2017.
```
db            +All Phase Care, Inc.,   505 W. Olive Ave. #420,    Sunnyvale, CA 94086-7625
aty           +Frank E. Mayo,   Law Offices of Frank E. Mayo,    480 San Antonio Rd. #230,
                Mountain View, CA 94040-1218
smg           ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                SACRAMENTO CA 94279-0029
              (address filed with court:  State Board of Equalization,
                Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,   Sacramento, CA  94279)
14584547      +Nelia Grayblas,   c/o Nina Shah, Esq.,   Golden Gate University School of Law,
                536 Mission Street,   San Francisco, CA 94105-2968
14584546      +Trinidad Amparo,   c/o Fred Schwinn, Esq.,    12 South First St., #1014,
                San Jose, CA 95113-2418
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            EDI: EDD.COM Jun 24 2017 00:58:00      CA Employment Development Dept.,
                Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA 94280-0001
smg            EDI: CALTAX.COM Jun 24 2017 00:58:00      CA Franchise Tax Board,   Attn: Special Procedures,
                P.O. Box 2952,   Sacramento, CA  95812-2952
smg            EDI: IRS.COM Jun 24 2017 00:58:00      IRS,   P.O. Box 7346,   Philadelphia, PA  19101-7346
ust            E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Jun 24 2017 01:05:50
                Office of the U.S. Trustee / SJ,   U.S. Federal Bldg.,   280 S 1st St. #268,
                San Jose, CA  95113-3004
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           IRS,   P.O. Box 7346,   Philadelphia, PA  19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2017 at the address(es) listed below:
```
              Office of the U.S. Trustee / SJ   USTPRegion17.SJ.ECF@usdoj.gov,  ltroxas@hotmail.com
                                                                                             TOTAL: 1
```

**Debtors may request to receive Court notices and orders by email instead of U.S. mail. Sign Up at www.canb.uscourts.gov**

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | **All Phase Care, Inc.**<br>Name | EIN | **20–2888288** |

United States Bankruptcy Court  **Northern District of California**

Case number:  **17–51508 MEH 11**

Date case filed for chapter  **11   6/22/17**

Official Form 309F (For Corporations or Partnerships)
# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | All Phase Care, Inc. | |
| 2. | **All other names used in the last 8 years** | dba Home Maker Services, Inc. | |
| 3. | **Address** | 505 W. Olive Ave. #420<br>Sunnyvale, CA 94089 | |
| 4. | **Debtor's attorney**<br>Name and address | Frank E. Mayo<br>Law Offices of Frank E. Mayo<br>480 San Antonio Rd. #230<br>Mountain View, CA 94040 | Contact phone  (650) 984–8901 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 280 South First Street<br>Room 3035<br>San Jose, CA 95113 | Hours open: 9:00 am to 4:30 pm, Monday – Friday<br><br>Contact phone  408–278–7500<br><br>Date: 6/23/17 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **August 1, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**U.S. Federal Bldg., 280 S. First St. #268, San Jose, CA 95113** |

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline**<br><br>**For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at www.canb.uscourts.gov In the Quick Links section, click on "File an Electronic Proof of Claim."** | **Deadline for filing proof of claim: 10/30/17**  For a governmental unit: **Must file before 180 days after the date relief was entered.**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>- your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>- you file a proof of claim in a different amount; or<br>- you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |