```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                            Case No. 17-51508-MEH
All Phase Care, Inc.                                              Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0971-5         User: ywon              Page 1 of 1             Date Rcvd: Jun 23, 2017
                             Form ID: SJAD11C        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2017.
db             +All Phase Care, Inc.,    505 W. Olive Ave. #420,    Sunnyvale, CA 94086-7625
aty            +Frank E. Mayo,    Law Offices of Frank E. Mayo,    480 San Antonio Rd. #230,
                 Mountain View, CA 94040-1218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2017 at the address(es) listed below:
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
                                                                                             TOTAL: 1

Form SJAD11C

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | All Phase Care, Inc. | Case No.: 17–51508 MEH 11 |
|---|---|---|
| | dba Home Maker Services, Inc. | Chapter: 11 |
| | Debtor(s) | |

### ORDER FOR NON–INDIVIDUAL DEBTOR(S) IN CHAPTER 11 CASE TO FILE REQUIRED DOCUMENTS AND NOTICE OF AUTOMATIC DISMISSAL OF CASE IN EVENT OF FAILURE TO COMPLY

The debtor(s) named above failed to file the documents listed below when the case was commenced:

- ☐ Declaration Under Penalty of Perjury for Non–Individual Debtors
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
- ☐ Summary of Assets and Liabilities for Non–Individuals
- ☐ Schedule A/B: Real and Personal Property
- ☐ Schedule D: Creditors Who Have Claims Secured by Property
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims
- ☐ Schedule G: Executory Contracts and Unexpired Leases (if applicable)
- ☐ Schedule H: Codebtors
- ☐ Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy
- ☑ Corporate Ownership Statement pursuant to Fed. R. Bankr. P. 1007(a)(1)
- ☑ List of Equity Security Holders pursuant to Fed. R. Bankr. P. 1007(a)(3)

IT IS HEREBY ORDERED that unless, within 14 days of the petition date, the debtor(s) file each document listed above, the court may dismiss this case without further notice or a hearing. 11 U.S.C. § 521(a), Fed. R. Bankr. P. 1007(b)(1), (c).

The debtor(s) may request an extension of time to file the documents noted above, but must do so before 14 days from the petition date or the expiration of any extension previously granted. The request may be filed electronically, mailed, or delivered in person to the U.S. Bankruptcy Court, 280 S. First Street, Room 3035, San Jose, California 95113, but it must be received by the court before the 14 days or any extension previously granted have expired. If an extension is granted and the documents are not filed, the case may be dismissed.

Dated: 6/23/17

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge