```
                            United States Bankruptcy Court
                            Northern District of California
In re:                                                           Case No. 17-51508-MEH
All Phase Care, Inc.                                             Chapter 11
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: ywon               Page 1 of 1              Date Rcvd: Jun 23, 2017
                              Form ID: STCMEH          Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2017.
db            +All Phase Care, Inc.,    505 W. Olive Ave. #420,     Sunnyvale, CA 94086-7625
aty           +Frank E. Mayo,    Law Offices of Frank E. Mayo,    480 San Antonio Rd. #230,
                Mountain View, CA 94040-1218
smg          ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                SACRAMENTO CA 94279-0029
              (address filed with court:   State Board of Equalization,
                Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA  94279)
14584547      +Nelia Grayblas,    c/o Nina Shah, Esq.,   Golden Gate University School of Law,
                536 Mission Street,    San Francisco, CA 94105-2968
14584546      +Trinidad Amparo,    c/o Fred Schwinn, Esq.,    12 South First St., #1014,
                San Jose, CA 95113-2418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: itcdbg@edd.ca.gov Jun 24 2017 01:05:49      CA Employment Development Dept.,
                Bankruptcy Group MIC 92E,    P.O. Box 826880,   Sacramento, CA  94280-0001
smg            E-mail/Text: BKBNCNotices@ftb.ca.gov Jun 24 2017 01:06:20      CA Franchise Tax Board,
                Attn: Special Procedures,    P.O. Box 2952,   Sacramento, CA  95812-2952
smg            E-mail/Text: cio.bncmail@irs.gov Jun 24 2017 01:05:42      IRS,    P.O. Box 7346,
                Philadelphia, PA  19101-7346
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           IRS,   P.O. Box 7346,    Philadelphia, PA  19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2017 at the address(es) listed below:
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov,  ltroxas@hotmail.com
                                                                                             TOTAL: 1
```

Form STCMEH

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: All Phase Care, Inc. | Case No.: 17−51508 MEH 11 |
| dba Home Maker Services, Inc. | Chapter: 11 |
| Debtor(s) | |

## NOTICE OF CHAPTER 11 STATUS CONFERENCE

*YOU ARE HEREBY NOTIFIED* that a status conference on the above−captioned chapter 11 case will be held on **August 10, 2017 at 10:30 AM** at the U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3020 3rd Fl., San Jose, CA 95113. The debtor(s) and their attorney are required to attend. Creditors may, but need not, attend. The debtor(s) shall file a status conference statement no later than 7 days prior to the status conference. The statement shall include, without limitation, a discussion of the following subjects:

1. A brief statement of the debtor(s)' objectives in this chapter 11 case, and the means by which the debtor(s) hope to achieve those objectives;
2. Anticipated date for filing a plan and disclosure statement;
3. Status of monthly operating reports and debtor−in−possession accounts;
4. A statement regarding the status of insurance of the debtor(s)' assets;
5. Status of required post−petition payments to taxing authorities;
6. Whether the debtor has met the requirements for retaining professionals in the case;
7. Whether the debtor has met the requirements for using cash collateral and obtaining credit.
8. Any orders in the case that have granted relief from the automatic stay, that have extended or refused to extend the automatic stay or that have determined that there is no automatic stay in effect as to any or all creditors.
9. Whether any motions to assume or reject any executory contracts or unexpired leases have been filed or are expected to be filed.
10. Any unusual developments or events that have occurred or are expected to occur in the case.

*YOU ARE FURTHER NOTIFIED* that failure to timely file the required status conference statement or appear at the status conference, or failure of the debtor(s) to appear at the §341 meeting or the United States trustee's Initial Debtor Interview, may result in dismissal or conversion of this case without further notice.

**IT IS SO ORDERED.**

Dated: 6/23/17

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge