TIMOTHY S. LAFFREDI (SBN WI 1055133)
Assistant United States Trustee
BARBARA A. MATTHEWS (SBN 195084)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 252-2080
Facsimile: (415) 705-3379
Email: Barbara.A.Matthews@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANJOSE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 17-51508 MEH |
| | ) | |
| All Phase Care, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

    Office of the United States Trustee
    Attn: Barbara A. Matthews
    450 Golden Gate Avenue, Suite 05-0153
    San Francisco, CA 94102

Dated: June 26, 2017                    TRACY HOPE DAVIS
                                        UNITED STATES TRUSTEE
                                        /s/ Barbara A. Matthews
                                        Attorney for the United States Trustee

Notice of Appearance